# MEMORANDUM

DATE:      April 19, 2007

TO:        Judge Anthony W. Ishii

FROM:      Jeannie Vasquez, USDC-EDCA, Fresno
           Electronic Court Recorder Operator

RE:        REQUEST FOR EXTENSION OF TIME
           USA vs. Linh Nguyen
           1:07-CR-00075 AWI (Formerly 6:06-mj-00101-WMW)

Please be advised that I received the briefing schedule on March 30, 2007 in the above matter. Since the requested hearings were heard in the Eastern District of California, Yosemite division, additional time was needed to obtain the compact disc from the Yosemite Court. Also, due to complications within the delivery service, receipt of such disc was further delayed. **I would respectfully request a thirty (30) day extension of time to May 21, 2007, in order to have the requested hearing transcribed.**

I am in the process of preparing my records for transcription from Petrilla Reporting and Transcripts and estimate the transcript could be ready by May 21, 2007. I am today forwarding to Petrilla Reporting and Transcripts the compact disc regarding the hearing date that has been requested.

Thank you in advance for your consideration in this matter.


IT IS SO ORDERED.

Dated:   **April 21, 2007**              **/s/ Anthony W. Ishii**
                                        UNITED STATES DISTRICT JUDGE