McGREGOR W. SCOTT
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  1:07-cr-00075-AWI |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| LINH NGUYEN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

The parties, by and through Assistant United States Attorney Mark J. McKeon, and the defendant Linh Nguyen, by and through his attorney, Stephen Betz, stipulate and agree that the Government's Response Brief on Appeal, presently due on July 11, 2007, can be filed on or before August 10, 2007.  The reason for this extension is that the law students who previously worked as certified misdemeanor clerks at the United States Attorney's office have graduated, and the new certified student misdemeanor clerk will not begin working until August 2007.  As a result, in addition to handling his own case load, the supervisor of the misdemeanor unit is personally handling for the summer the pending cases from the misdemeanor unit, including appeals to the district court.

Because the assigned Assistant United States Attorney did not personally handle these cases before the magistrate judge, he needs additional time to become familiar with the record and to prepare the government's response.

```
Dated: June 29, 2007            MCGREGOR W. SCOTT
                                United States Attorney


                          By:      /s/ Mark J. McKeon
                                MARK J. McKEON
                                Assistant U.S. Attorney


Dated: June 29, 2007               /s/ Stephen Betz
                                STEPHEN BETZ
                                Attorney for Defendant,
                                LINH NGUYEN
```

**ORDER**

IT IS SO ORDERED.

**Dated:   June 29, 2007**             /s/ Anthony W. Ishii
                                    UNITED STATES DISTRICT JUDGE

2