1
2  McGREGOR W. SCOTT
   United States Attorney
3  MARK J. McKEON
   Assistant U.S. Attorney
4  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
5  Fresno, California 93721
   Telephone (559) 497-4000
6
7            IN THE UNITED STATES DISTRICT COURT FOR THE
8                     EASTERN DISTRICT OF CALIFORNIA
9
10
11 UNITED STATES OF AMERICA,    )    NO.  1:07-cr-00075-AWI
                                )
12              Plaintiff,      )
                                )    STIPULATION AND PROPOSED ORDER
13      v.                      )
                                )
14 LINH NGUYEN,                 )
                                )
15              Defendant.      )
   _____)
16
17
        The parties, by and through Assistant United States Attorney
18
   Mark J. McKeon, and the defendant Linh Nguyen, by and through his
19
   attorney, Carrie Leonetti, stipulate and agree that the
20
   //
21
   //
22
   //
23
   //
24
   //
25
   //
26
   //
27
   //
28

Stipulation and Order              1

//

Government's Response Brief on Appeal, presently due on August 10, 2007, can be filed on or before August 24, 2007.

Dated: August 10, 2007          MCGREGOR W. SCOTT
                                United States Attorney


                         By:    /s/ Mark J. McKeon
                                MARK J. McKEON
                                Assistant U.S. Attorney


Dated: August 10, 2007          /s/ Carrie Leonetti
                                CARRIE LEONETTI
                                Attorney for Defendant,
                                LINH NGUYEN

IT IS SO ORDERED.

**Dated:   August 10, 2007**           **/s/ Anthony W. Ishii**
                                UNITED STATES DISTRICT JUDGE

Stipulation and Order              2